# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-5124**                                  **September Term, 2021**

**1:21-cv-01231-UNA**

**Filed On:** October 19, 2021

Abraham Portnov,

      Appellant

      v.

United States of America and D. Feinstein,
US Senator,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rogers and Millett, Circuit Judges, and Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's May 25, 2021 order be affirmed. The district court properly concluded that appellant's complaint—which alleged that U.S. Senator Feinstein failed to provide appellant unspecified help or to return to him certain documents and that the U.S. Department of Justice allowed fraud on the court in appellant's prior cases—lacked "an arguable basis either in law or in fact." See Neitzke v. Williams, 490 U.S. 319, 325 (1989); see also 28 U.S.C. § 1915(e)(2)(B).

**No. 21-5124**                                    **September Term, 2021**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Daniel J. Reidy
Deputy Clerk